**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                 (State)

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  S Lot Partners, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  4 7 – 2 3 6 3 6 6 9

4. **Debtor's address**

   **Principal place of business**

   134 Market St.
   Number     Street

   _____

   Philadelphia         PA     19106
   City                State  ZIP Code

   Philadelphia
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   P.O. Box

   _____
   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   49 Collins Ave
   Number     Street

   _____

   Miami Beach         FL     33139
   City                State  ZIP Code

5. **Debtor's website** (URL)  www.uplandmiami.com

Debtor ___S Lot Partners, LLC_____  Case number (*if known*)_____
       Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
      7 2 2 5

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor __S Lot Partners, LLC_____     Case number (*if known*)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY
            District _____  When _____  Case number _____
                                                             MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                                   MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                          Number     Street
                                         _____
                                         _____   _____  _____
                                         City                          State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor   S Lot Partners, LLC
         Name                                                    Case number (*if known*)_____

| 13. **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. **Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   I have been authorized to file this petition on behalf of the debtor.

   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  08/31/2020
                MM / DD / YYYY

   ✘  /s/ Melissa MacLeod                              Melissa MacLeod
      Signature of authorized representative of debtor    Printed name

      Title  Vice President and General Counsel

Debtor   S Lot Partners, LLC
         Name

Case number (if known) _____

18. **Signature of attorney**      ✘  /s/ Stuart M. Brown                      Date  08/31/2020
                                      Signature of attorney for debtor              MM  / DD / YYYY

   Stuart M. Brown
   Printed name

   DLA Piper LLP (US)
   Firm name

   1201 North Market Street, Suite 2100
   Number     Street

   Wilmington                                                   DE            19801
   City                                                         State         ZIP Code

   (302) 468-5700                                               stuart.brown@us.dlapiper.copm
   Contact phone                                                Email address

   DE 4050                                                      DE
   Bar number                                                   State

## S LOT PARTNERS, LLC

(the "Company")

August 31, 2020

### WRITTEN RESOLUTIONS OF THE MANAGER OF THE COMPANY

The undersigned, being the duly appointed manager manager(the "Manager") of S Lot Partners, LLC, a Delaware limited liability company (the "Company"), acting pursuant to Section 18-402 of the Delaware Limited Liability Company Act, hereby adopts the following resolutions set out below, effective as of the date hereof.

### CHAPTER 11 FILING

**WHEREAS**, the Manager has considered presentations of the financial and legal advisors of the Company regarding the financial situation of the Company, the strategic alternatives available to the Company, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Manager has had the opportunity to consult with financial and legal advisors to the Company and has fully considered each of the strategic alternatives available to the Company;

**NOW THEREFORE, IT IS:**

**RESOLVED**, that in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition (the "Chapter 11 Case") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction; and it is

**FURTHER RESOLVED**, that any duly appointed officer of the Company (the "Authorized Officers") acting alone or with one or more Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, objections, replies, applications, papers, or documents, and to take any and all actions that such Authorized Officer deems necessary or proper to obtain such relief, including, without limitation, any action necessary or proper to assist the Company in the Chapter 11 Case and in carrying out their respective duties under the provisions of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ professionals to assist the Company in carrying out the Company's duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of professionals as necessary; and it is

**FURTHER RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses,

including but not limited to filing fees, in the case as in such officer's or officers' judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Manager.

**IN WITNESS WHEREOF**, the undersigned has executed these Written Resolutions of the Manager effective as of the day and year first written above:

MANAGER OF THE COMPANY

_____
Stephen Starr

EAST\176182324.1

**Fill in this information to identify the case:**

Debtor name __S Lot Partners, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Florida Power and Light Co. General Mail Facility Miami, FL, 331888 | | Utilities | | | | $27,447.98 |
| 2 | 49 Collins Ave. Realty, LLC 1000 Gates Ave., 5th Floor Brooklyn, NY 11221 | Attn: Leo Friedman | Utilities | | | | $24,422.88 |
| 3 | Miami Dade County 200 NW 2nd Avenue Miami, FL 33128 | | Tax | | | | $17,008.00 |
| 4 | Mr. Greens Produce 7350 NW 30 Ave. Miami, FL 33147 | (305) 545-1399 payments@mrgreensproduce.net | Trade debts | | | | $13,402.64 |
| 5 | Jack Scalisi Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | (888) 886-8885 cheryl@scalisiproduce.com | Trade debts | | | | $5,411.86 |
| 6 | Sysco South Florida, Inc. 12500 Sysco Way Medley, FL 33178 | (305) 651-5421 remit@sbs.sysco.com | Trade debts | | | | $5,252.63 |
| 7 | The Chefs' Warehouse, LLC 2600 SW 32nd Ave. Pembroke, FL 33023 | (954) 378-0012 mschonewise@chefswarehouse.com | Trade debts | | | | $4,357.74 |
| 8 | Opentable P.O. Box 10681 Pasadena, CA 91189 | | Trade debts | | | | $2,500.00 |

Debtor    S Lot Partners, LLC   Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Republic Bank<br>Two Liberty Place<br>50 South 16th St., Suite 2400<br>Philadelphia, PA 19102 | | Bank loans/interest | | | | $2,123.73 |
| 10 | Joe Cole Plumbing Corp.<br>10392 West State Road 84<br>Davie, FL 33139 | Attn: Joe Cole<br>(954)472-2242<br>joe@joecoleplumbing.com | Trade debts | | | | $1,957.00 |
| 11 | Q Plus Food, LLC<br>3632 NW 16th St.<br>Fauderhill, FL 33311 | (954) 368-4086<br>accountsreceivable@qplusfood.com | Trade debts | | | | $1,426.37 |
| 12 | Singer Equipment Co.<br>150 South Twin Valley Rd.<br>Elverson, PA 19520 | Attn: Evelyn Walker<br>(800) 422-8126<br>ewalker@singerequipment.com | Trade debts | | | | $982.02 |
| 13 | Chung Hing Oriental Mart<br>1855 NE 163rd St<br>North Miami Beach, FL 33162 | (305) 947-6038<br>chunghing1855@gmail.com | Trade debts | | | | $833.40 |
| 14 | TECO<br>P.O. Box 31318<br>Tampa, FL 33188 | | Utilities | | | | $764.53 |
| 15 | D'Artagnan<br>PO Box 447<br>Union, NJ 07083 | (973) 344-0565<br>acheft@dartagnan.com | Trade debts | | | | $667.55 |
| 16 | Capri Hotel LLC<br>325 Chestnut Street<br>Philadelphia, PA 19106 | (267) 238-3656 | Trade debts | | | | $403.44 |
| 17 | Rittenhouse Electric<br>14 Rittenhouse Place<br>Ardmore, PA 19003 | Attn: Jamie Kelly<br>(610) 649-2609<br>jkelly@rittenhouseelectric.com | Trade debts | | | | $510.61 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __S Lot Partners, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/31/2020__        ✘ __/s/ Melissa MacLeod_____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   __Melissa MacLeod_____
                                   Printed name

                                   __Vice President and General Counsel__
                                   Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
In re:                                   :
                                         :
S Lot Partners, LLC,                     : Chapter 11
                                         :
            Debtor.                      : Case No. 20-_____ (  )
                                         :
Employer's Tax Identification No. 47-2363669 :
-----------------------------------------------------------x
```

**CORPORATE OWNERSHIP STATEMENT OF S LOT PARTNERS, LLC**

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned Debtor in this case submits the following information:

| Corporate Equity Holder | Address of Corporate Equity Holder | Percentage of Membership Interests |
|---|---|---|
| Starr Restaurant Organization, LP | 134 Market Street, Philadelphia, PA 19106 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name __S Lot Partners, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware___
                                                                                             (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/31/2020__      ✘ __/s/ Melissa MacLeod_____
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                                 __Melissa MacLeod_____
                                                 Printed name

                                                 __Vice President and General Counsel__
                                                 Position or relationship to debtor

**Combining Statement of Assets, Liabilities and Partners' Equity**
**(Income Tax Basis)**
**August 31, 2020**

|  | S Lot Partners LLC Upland Miami |
|---|---:|
| **CURRENT ASSETS** |  |
|     Cash | $ 40,491 |
|     Cash - Sinking Fund |  |
|     Other Receivables | 22,694 |
|     Inventories | 155,098 |
|     Prepaid expenses and other current assets | 7,595 |
|     Due from / (to) related parties | (9,956,493) |
|         Total current assets | (9,730,615) |
| **PROPERTY AND EQUIPMENT - Net of accumulated depreciation** | 1,393,697 |
| **OTHER ASSETS** |  |
|     Security deposits | 15,285 |
|         Total other assets | 15,285 |
|  | $ (8,321,633) |
| **LIABILITIES AND PARTNERS' EQUITY** |  |
| **CURRENT LIABILITIES** |  |
|     Accounts payable and accrued expenses | 130,124 |
|         Total current liabilities | 130,124 |
| **MINORITY INTEREST** | - |
| **PARTNERS' EQUITY** | (8,451,757) |
|  | $ (8,321,633) |

**Combining Statement of Revenues, Expenses and Partners' Equity**
**(Income Tax Basis)**
**For the YTD Period Ended August 31, 2020**

|  | S Lot Partners LLC<br>Upland Miami |
|---|---:|
| **SALES** | $ 1,419,997 |
| **PRIME COSTS** | |
| Food, beverage and liquor | 387,768 |
| Labor | 533,867 |
|  | 921,636 |
| **GROSS PROFIT** | 498,362 |
| **OPERATING EXPENSES** | |
| Management and administrative payroll | - |
| Direct operating expenses | 174,216 |
| Advertising and Promotion | 9,432 |
| Administration and General | 150,571 |
| Repairs and Maintenance | 30,695 |
| Utilities | 62,976 |
| Chef Fee | - |
| Rent | 553,530 |
| Taxes | 133,551 |
|  | 1,114,971 |
| **EARNINGS BEFORE INTEREST, DEPRECIATION & AMORTIZATION, AND PRE-OPENING EXPENSES** | (616,609) |
| **OTHER INCOME/(EXPENSE)** | |
| Management fee | (81,650) |
| Interest | (67,632) |
| Depreciation & amortization | (135,633) |
| Income taxes | - |
| Pre-opening expenses | - |
| Miscellaneous income | - |
| **NET INCOME BEFORE MINORITY INTEREST** | (901,524) |
| **MINORITY INTEREST** | |
| **NET INCOME FROM CONTINUING OPERATIONS** | (901,524) |
| **NET INCOME FROM DISCONTINUED OPERATIONS** | - |
| NET INCOME | (901,524) |
| **PARTNERS' EQUITY - BEGINNING** | (7,550,233) |
| **PARTNERS' CONTRIBUTIONS** | - |
| **DISTRIBUTIONS TO PARTNERS** | - |
| **PARTNERS' EQUITY - ENDING** | $ (8,451,757) |

For Internal Use Only

**Combining Statement of Cash Flow**
**(Income Tax Basis)**
**YTD Period Ended August 31, 2020**

|  | S Lot Partners LLC<br>Upland Miami |
|---|---:|
| Net Income | (901,524) |
| Net income from discontinued operations | - |
| Adjustments to reconcile net income to net cash provided by operating activities |  |
|     Depreciation and amortization | 135,633 |
|     Minority interest in net income | - |
|     (Gain)/Loss on disposal of non-current assets | - |
|     Accounts receivable | (22,648) |
|     Inventories | 5,092 |
|     Prepaid expenses | 26,110 |
|     Security deposits | (13,480) |
|     Accounts payable and accrued expenses | (114,170) |
|     Sales, liquor and use taxes payable | (20,950) |
|     Party deposits and unredeemed gift certificates | - |
|     Net cash provided by (used in) operating activities | (905,938) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** |  |
|     Organization, startup and liquor license costs incurred | - |
|     Purchase of property and equipment | (40,518) |
|     Distributions received from investee | - |
|     Proceeds from the sale of liquor license | - |
|     Due to related parties | 787,849 |
|     Net cash provided by (used in) investing activities | 747,331 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** |  |
|     Partner capital contributions | - |
|     Capital contributions from minority interests | - |
|     Capital distributions to partners | - |
|     Distributions to minority interests | - |
|     Net cash provided by (used in) financing activities | - |
| **NET INCREASE (DECREASE) IN CASH** | (158,606) |
| **CASH - BEGINNING** | 199,097 |
| **CASH - ENDING** | $ 40,491 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                      :
                                            :
S Lot Partners, LLC,                        :  Chapter 11
                                            :
       Debtor.                  :  Case No. 20-_____ (  )
                                            :
Employer's Tax Identification No. 47-2363669 :
---------------------------------------------------------------x

## STATEMENT REGARDING FEDERAL TAX RETURN

      In accordance with section 1116(1)(B) of title 11 of the United States Code, the above-captioned Debtor in this case submits that the Debtor is included within the consolidated federal tax return of the Debtor's sole member, Starr Restaurant Organization, LP, and that no separate federal tax return has been prepared for the Debtor.

EAST\176193807.1

**Fill in this information to identify the case and this filing:**

Debtor Name: S Lot Partners, LLC
United States Bankruptcy Court for the: District of Delaware (State)
Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Statement Regarding Federal Tax Return

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2020
MM / DD / YYYY

✖ /s/ Melissa MacLeod
Signature of individual signing on behalf of debtor

Melissa MacLeod
Printed name

Vice President and General Counsel
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**